Form B6A
(10/05)

In re  **KENNETH BRYAN GALLIA**
**CAROL KAY GALLIA**

Case No.   <u>07-20018-C-13</u>
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint Or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| HOMESTEAD AT 1504 CRESTVIEW DRIVE, PORTLAND, TX AKA LOT 2, BLOCK 4, BRIAR BLUFF #1, PORTLAND, TEXAS | Fee simple | C | $114,900.00 | $99,448.00 |
| | | Total: | **$114,900.00** | |

(Report also on Summary of Schedules)

Form B6B
(10/05)

In re  **KENNETH BRYAN GALLIA**                                    Case No.  <u>07-20018-C-13</u>
       **CAROL KAY GALLIA**                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH ON HAND | C | $150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING (PERSONAL) | C | $3,460.78 |
| | | CHECKING BUSINESS | C | $295.16 |
| | | SAVINGS PERSONAL. | C | $595.40 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | TELEVISIONS (3) | C | $200.00 |
| | | ENTERTAINMENT CENTER (2) | C | $150.00 |
| | | 2 STEREO RECEIVERS | C | $50.00 |
| | | 2 DVD PLAYERS | C | $100.00 |
| | | 1 VCR | C | $20.00 |
| | | 6 SPEAKERS | C | $100.00 |
| | | 1 RECLLINER | C | $75.00 |
| | | 1 COFFEE TABLE | C | $45.00 |
| | | 2 END TABLES | C | $60.00 |
| | | 2 LAMPS | C | $35.00 |
| | | 2 PIANOS | C | $350.00 |
| | | COMPUTER EQUIPMENT | C | $350.00 |

Form B6B-Cont.
(10/05)

In re **KENNETH BRYAN GALLIA**                       Case No.    <u>07-20018-C-13</u>
     **CAROL KAY GALLIA**                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | DINING TABLE AND CHAIRS | C | $350.00 |
| | | STOVE | C | $125.00 |
| | | DISHWASHER | C | $75.00 |
| | | MICROWAVE | C | $35.00 |
| | | REFRIGERATOR | C | $75.00 |
| | | FREEZERS (2) | C | $0.00 |
| | | DRESSER | C | $35.00 |
| | | ARMOIRE | C | $35.00 |
| | | MIRROW | C | $10.00 |
| | | 2 BEDS | C | $200.00 |
| | | CHINA HUTCH | C | $75.00 |
| | | WASHER & DRYER | C | $100.00 |
| | | BOOKCASAES (4) | C | $150.00 |
| | | MICROWAVE CART | C | $30.00 |
| | | BBQ GAS STAINLESS STEEL | C | $200.00 |
| | | BBQ WOOD | C | $100.00 |
| | | DISHER AND ALL KITCHEN UTENSILS | C | $300.00 |
| | | CHINA | C | $100.00 |
| | | BATHROOM LINENS (21 SETS) | C | $65.00 |

Form B6B-Cont.
(10/05)

In re  **KENNETH BRYAN GALLIA**                    Case No.   07-20018-C-13
       **CAROL KAY GALLIA**                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | MOVIES AND MUSIC CD'S | C | $135.00 |
| | | HAND TOOLS AND LAWNMOWER | C | $300.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS AND PICTURES | C | $150.00 |
| 6. Wearing apparel. | | CLOTHING, SHOES AND ACCESSORIES | C | $400.00 |
| 7. Furs and jewelry. | | HUSBAND AND WIFE WEDDING RING SET | C | $675.00 |
| | | WATCH | C | $15.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | 30.06' | C | $100.00 |
| | | 22 PISTOL | C | $100.00 |
| | | 25 PISTOL | C | $100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

Form B6B-Cont.
(10/05)

In re  **KENNETH BRYAN GALLIA**                           Case No.   <u>07-20018-C-13</u>
       **CAROL KAY GALLIA**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2ND LIEN NOTE AND DEED OF TRUST ON PROPERTY IN MISSION TEXAS | C | $5,000.00 |

Form B6B-Cont.
(10/05)

In re  **KENNETH BRYAN GALLIA**                              Case No.  __07-20018-C-13__
         **CAROL KAY GALLIA**                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 DODGE RAM 1500 L.ONESTAR | C | $19,000.00 |
| 26. Boats, motors, and accessories. | | 1985 GULFMASTER BAYHAWK 20' WITH OUTBOARD | C | $3,500.00 |

Form B6B-Cont.
(10/05)

In re  **KENNETH BRYAN GALLIA**           Case No.   <u>07-20018-C-13</u>
      **CAROL KAY GALLIA**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | AND TRAILER | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | DESK, FILING CABINETS AND CHAIR | C | $200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Pets | C | $100.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | HELIUM TANK AND BALLOON WORK COUNTER | C | $250.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)  **Total >**     **$38,121.34**

Form B6C
(10/05)

In re  **KENNETH BRYAN GALLIA**
     **CAROL KAY GALLIA**

Case No.   **07-20018-C-13**
              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| HOMESTEAD AT 1504 CRESTVIEW DRIVE, PORTLAND, TX AKA LOT 2, BLOCK 4, BRIAR BLUFF #1, PORTLAND, TEXAS | 11 U.S.C. § 522(d)(1) | $15,452.00 | $114,900.00 |
| CASH ON HAND | 11 U.S.C. § 522(d)(5) | $150.00 | $150.00 |
| CHECKING (PERSONAL) | 11 U.S.C. § 522(d)(5) | $3,460.78 | $3,460.78 |
| CHECKING BUSINESS | 11 U.S.C. § 522(d)(5) | $295.16 | $295.16 |
| SAVINGS PERSONAL. | 11 U.S.C. § 522(d)(5) | $595.40 | $595.40 |
| TELEVISIONS (3) | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| ENTERTAINMENT CENTER (2) | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| 2 STEREO RECEIVERS | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 2 DVD PLAYERS | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 1 VCR | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| 6 SPEAKERS | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 1 RECLLINER | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 1 COFFEE TABLE | 11 U.S.C. § 522(d)(3) | $45.00 | $45.00 |
| 2 END TABLES | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| | | $20,753.34 | $120,201.34 |

Form B6C-Cont.
(10/05)

In re **KENNETH BRYAN GALLIA**          Case No.   07-20018-C-13
**CAROL KAY GALLIA**                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2 LAMPS | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| 2 PIANOS | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| COMPUTER EQUIPMENT | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| DINING TABLE AND CHAIRS | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| STOVE | 11 U.S.C. § 522(d)(3) | $125.00 | $125.00 |
| DISHWASHER | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| MICROWAVE | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| REFRIGERATOR | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| FREEZERS (2) | 11 U.S.C. § 522(d)(3) | $0.00 | $0.00 |
| DRESSER | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| ARMOIRE | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| MIRROW | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 2 BEDS | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| CHINA HUTCH | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| WASHER & DRYER | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| BOOKCASAES (4) | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| MICROWAVE CART | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| BBQ GAS STAINLESS STEEL | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| BBQ WOOD | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| | | $23,083.34 | $122,531.34 |

Form B6C-Cont.
(10/05)

In re  **KENNETH BRYAN GALLIA**          Case No.  __07-20018-C-13__
     **CAROL KAY GALLIA**                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| DISHER AND ALL KITCHEN UTENSILS | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| CHINA | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| BATHROOM LINENS (21 SETS) | 11 U.S.C. § 522(d)(3) | $65.00 | $65.00 |
| MOVIES AND MUSIC CD'S | 11 U.S.C. § 522(d)(3) | $135.00 | $135.00 |
| HAND TOOLS AND LAWNMOWER | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| BOOKS AND PICTURES | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| CLOTHING, SHOES AND ACCESSORIES | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| HUSBAND AND WIFE WEDDING RING SET | 11 U.S.C. § 522(d)(4) | $675.00 | $675.00 |
| WATCH | 11 U.S.C. § 522(d)(4) | $15.00 | $15.00 |
| 30.06' | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| 22 PISTOL | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| 25 PISTOL | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| 2ND LIEN NOTE AND DEED OF TRUST ON PROPERTY IN MISSION TEXAS | 11 U.S.C. § 522(d)(5) | $5,000.00 | $5,000.00 |
| 2006 DODGE RAM 1500 L.ONESTAR | 11 U.S.C. § 522(d)(2) | $0.00 | $19,000.00 |
| DESK, FILING CABINETS AND CHAIR | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| Pets | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| HELIUM TANK AND BALLOON WORK COUNTER | 11 U.S.C. § 522(d)(5) | $250.00 | $250.00 |
| | | **$31,073.34** | **$149,521.34** |

Official Form 6D (10/06)

In re  **KENNETH BRYAN GALLIA**                            Case No.   07-20018-C-13
         **CAROL KAY GALLIA**                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **62062169617461001**<br><br>**Capital One Auto Finance**<br>**3901 Dallas Pkwy**<br>**Plano, TX 75093** | | C | DATE INCURRED:      **12/07/2006**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2006 DODGE RAM TRUCK**<br>REMARKS:<br>**CONTINUE DIRECT PAYMENTS**<br><br>VALUE:                          **$19,000.00** | | | | **$25,078.00** | **$6,078.00** |
| ACCT #: **310020700**<br><br>**FIRST VICTORIA NATIONAL BANK**<br>**1206 JOHN STOCKBAUER DRIVE**<br>**VICTORIA, TX 77901** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**OPERATING CAPITAL**<br>COLLATERAL:<br>**BUSINESS NOTE**<br>REMARKS:<br><br>VALUE:                            **$3,500.00** | | | | **$17,658.45** | **$14,158.45** |
| ACCT #: **8413593**<br><br>**Household Mortgage Services**<br>**Po Box 9068**<br>**Brandon, FL 33509** | | C | DATE INCURRED:      **04/26/2004**<br>NATURE OF LIEN:<br>**Purchase Money Mortgage**<br>COLLATERAL:<br>**Homestead at 1504 Crestview Drive, Portland, TX**<br>REMARKS:<br><br>VALUE:                        **$114,900.00** | | | | **$99,448.00** | |
| ACCT #: **P67802 1014 HWY 181**<br><br>**SAN PATRICIO COUNTY APPRAISAL DIS**<br>**P.O. BOX 938**<br>**SINTON, TX 78387-0938** | | C | DATE INCURRED:      **2005**<br>NATURE OF LIEN:<br>**STATUTORY**<br>COLLATERAL:<br>**BUSINESS PERSONAL PROPERTY TAXES**<br>REMARKS:<br>**PAY THROUGH PLAN**<br><br>VALUE:                            **$3,709.99** | | | | **$3,709.99** | |
| | | | Subtotal (Total of this Page) > | | | | **$145,894.44** | **$20,236.45** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont.

In re  **KENNETH BRYAN GALLIA**
   **CAROL KAY GALLIA**

Case No.  **07-20018-C-13**
        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** **SAN PATRICIO COUNTY APPRAISAL DIS** | | | **LINEBARGER, GOGGAN, BLAIR ET AL 500 N. SHORELINE BLVD., STE. 1111 CORPUS CHRISTI, TX 78471-1028** | | | | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal (Total of this Page) >** | **$0.00** | **$0.00** |
| **Total (Use only on last page) >** | **$145,894.44** | **$20,236.45** |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Official Form 6E (10/06)

In re  **KENNETH BRYAN GALLIA**
     **CAROL KAY GALLIA**

Case No.   **07-20018-C-13**
                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

Official Form 6E (10/06) - Cont.

In re **KENNETH BRYAN GALLIA**                              Case No. **07-20018-C-13**
       **CAROL KAY GALLIA**                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Lisa Nichols, Attorney At Law**<br>**10637 Leopard**<br>**Corpus Christi, TX 78410** | | C | DATE INCURRED: **02/01/2007**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$3,085.00** | **$3,085.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. \_\_\_\_1\_\_\_\_ of \_\_\_\_1\_\_\_\_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$3,085.00**  **$3,085.00**  **$0.00** | |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$3,085.00** | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$3,085.00**  **$0.00** |

Official Form 6F (10/06)

In re  **KENNETH BRYAN GALLIA**
**CAROL KAY GALLIA**

Case No. **07-20018-C-13**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **15-028231**<br>**AMSCAN, INC.**<br>**80 GRASSLANDS RD.**<br>**ELMSFORD, NY 10523** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**TRADE DEBT/LAWSUIT**<br>REMARKS: | | | | $0.00 |
| **Representing:**<br>**AMSCAN, INC.** | | | **ATWELL, CURTIS & BROOKS, LTD**<br>**P.O. BOX 363**<br>**CARLE PLACE, NY 11514-0363** | | | | Notice Only |
| **Representing:**<br>**AMSCAN, INC.** | | | **TROY B. WILLIAMSON, II**<br>**ATTORNEY AT LAW**<br>**615 N. UPPER BROADWAY, STE. 1605**<br>**CORPUS CHRISTI, TX 78477** | | | | Notice Only |
| ACCT #: **20633**<br>**BAY AREA ANESTHESIA ASSOCIATES**<br>**4444 CORONA, NO. 232**<br>**CORPUS CHRISTI, TX 78411** | | C | DATE INCURRED:     **2005**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $143.00 |
| ACCT #: **CAROL GALLIA LET'S PARTY**<br>**C2C RESIYRCESM KKC**<br>**56 PERIMETER CENTER**<br>**ATLANTA, GA 30346** | | C | DATE INCURRED:     **2005**<br>CONSIDERATION:<br>**Collecting for - TEXAS DIRECTORIES, INC.**<br>REMARKS: | | | | $228.28 |
| ACCT #: **422709371761**<br>**Cross Country Bank**<br>**800 Delaware Ave**<br>**Wilmington, DE 19801** | | C | DATE INCURRED:     **09/14/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $360.00 |

Subtotal > | $731.28

Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____**5**_____continuation sheets attached

Official Form 6F (10/06) - Cont.

In re  **KENNETH BRYAN GALLIA**                          Case No.  **07-20018-C-13**
       **CAROL KAY GALLIA**                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **2166898/2186728/**<br>**DRISCOLL CHILDREN'S HOSPITAL**<br>**P.O. BOX 926**<br>**SAN ANTONIO, TX 78294-0926** | | C | DATE INCURRED:  **6/15/06**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | **$1,565.00** |
| ACCT #:  **1572013/1742379/1875044/2014367**<br>**DRISCOLL CHILDREN'S HOSPITAL**<br>**P.O. BOX 926**<br>**SAN ANTONIO, TX 78294-0926** | | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | **$972.95** |
| ACCT #:  **2015175/2051811/2068402**<br>**DRISCOLL CHILDREN'S HOSPITAL**<br>**P.O. BOX 926**<br>**SAN ANTONIO, TX 78294-0926** | | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | **$441.77** |
| ACCT #:  **264667/00441015**<br>**Financial Control Services**<br>**P. O. Box 21626**<br>**Waco, TX  76702-1626** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | **$91.14** |
| ACCT #:  **3-101990**<br>**FIVE POINT POWER**<br>**3321 PREMIER, STE. C**<br>**PLANO, TX 75023** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**UTILITY**<br>REMARKS: | | | | **$3,868.73** |
| **Representing:**<br>**FIVE POINT POWER** | | | **KRAMER FOX**<br>**P.O. BOX 151752**<br>**AUSTIN, TX 78715** | | | | **Notice Only** |

Sheet no. ____**1**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal >    **$6,939.59**

                Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **KENNETH BRYAN GALLIA**                                    Case No. _____**07-20018-C-13**_____
      **CAROL KAY GALLIA**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **706002321**<br>**Histopath Inc.**<br>**P. O. Box 3758**<br>**Corpus Christi, TX 78463-3758** | | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | **$63.43** |
| ACCT #:  **GALIA**<br>**JOSIE LEWIS**<br>**2204 E. POLK AVENUE**<br>**MISSION, TX 78574** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**PERSONAL LOAN**<br>REMARKS: | | | | **$6,000.99** |
| ACCT #:  **30747715/16748003**<br>**McCARTHY, BURGESS & WOLFF**<br>**26000 CANNON ROAD**<br>**CLEVELAND, OH 44146** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Collecting for - AT&T YELLOW PAGES.COM**<br>REMARKS: | | | | **$135.00** |
| **Representing:**<br>**McCARTHY, BURGESS & WOLFF** | | | **AT&T YELLOW PAGES.COM**<br>**P.O. BOX 650098**<br>**DALLAS, TX 75265-0098** | | | | **Notice Only** |
| ACCT #:  **102168937**<br>**Park Dansan Collections**<br>**113 W 3rd Ave**<br>**Gastonia, NC 28052** | | C | DATE INCURRED:  **12/31/2002**<br>CONSIDERATION:<br>**Collecting for - MCI Communications**<br>REMARKS: | | | | **$34.00** |
| ACCT #:  **11943**<br>**RICHARDSON ADVERTISING**<br>**1006 N. MALLARD**<br>**PALESTINE, TX 75801** | | C | DATE INCURRED:  **2004**<br>CONSIDERATION:<br>**TRADE DEBT**<br>REMARKS: | | | | **$325.00** |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal >   **$6,558.42**

                                        Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **KENNETH BRYAN GALLIA**
  **CAROL KAY GALLIA**

Case No. **07-20018-C-13**
     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **CAUSE NO. D-1-GN-06-2710**<br>**ROUTH INVESTMENTS**<br>**C/O ERIK E. CARY, ATTORNEY**<br>**1411 WEST AVENUE, STE. 100**<br>**AUSTIN, TX 78701** | | C | DATE INCURRED:  **6/03**<br>CONSIDERATION:<br>**LAWSUIT PENDING BREACH OF LEASE**<br>REMARKS: | | X | X | **$29,500.00** |
| ACCT #:  **1649**<br>**S.T.P.C.A.**<br>**P.O. BOX 6636**<br>**CORPUS CHRISTI, TX 78466-6636** | | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | **$232.46** |
| ACCT #:  **1052090150**<br>**Sarma Coll**<br>**1801 Broadway**<br>**San Antonio, TX 78215** | | C | DATE INCURRED:  **07/28/2005**<br>CONSIDERATION:<br>**Collecting for - Bay Area Anesthesia**<br>REMARKS: | | | | **$143.00** |
| ACCT #:  **3000385264**<br>**SBC YELLOW PAGES**<br>**P.O. BOX 630052**<br>**DALLAS, TX 75263-0052** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**ADVERTISING**<br>REMARKS: | | | | **$256.80** |
| ACCT #:  **216825343; 230415721; 176233328;**<br>**SCHOLASTIC BOOKS**<br>**P.O. BOX 6024**<br>**JEFFERSON CITY, MD 65102-6024** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**BOOKS**<br>REMARKS: | | | | **$159.45** |
| **Representing:**<br>**SCHOLASTIC BOOKS** | | | **SPECIALTY ANNUAL**<br>**2931 EAST McCARTY STREET**<br>**JEFFERSON CITY, MO 65101** | | | | **Notice Only** |

Sheet no. ____**3**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$30,291.71**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **KENNETH BRYAN GALLIA**             Case No. **07-20018-C-13**
       **CAROL KAY GALLIA**                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **21829987.1**<br>**SPECIALIZED COLLECTION SYSTEMS, INC.**<br>**P.O. BOX 441508**<br>**HOUSTON, TX 77244-1508** | | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Collecting for - GULF COAST PATHOLOGY ASSOC**<br>REMARKS: | | | | $181.68 |
| ACCT #:  **9272J5109**<br>**ST. PAUL. TRAVELERS INSURANCE**<br>**P.O. BOX 1515**<br>**SPOKANE, WA 99210-1515** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**TRADE DEBT**<br>REMARKS: | | | | $648.84 |
| **Representing:**<br>**ST. PAUL. TRAVELERS INSURANCE** | | | **RMS**<br>**300 ARBORETUM PLACE**<br>**RICHMOND, VA 23261-6446** | | | | **Notice Only** |
| ACCT #:  **82598**<br>**SURGICAL ASSOCIATES**<br>**601 TEXAS ATRAIL, STE. 207**<br>**CORPUS CHRISTI, TX 78411** | | C | DATE INCURRED:  **2996**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $16,499.00 |
| ACCT #:  **4668087171**<br>**Us Dept Of Education**<br>**501 Bleecker St**<br>**Utica, NY 13501** | | C | DATE INCURRED:  **09/19/2002**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $10,678.00 |
| ACCT #:  **105467281660977403**<br>**VERIZON**<br>**P.O. BOX 920041**<br>**DALLAS, TX 75392-0041** | | C | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**TRADE DEBT**<br>REMARKS: | | | | $1,224.38 |

Sheet no. _____**4**_____ of _____**5**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  **Subtotal >** | **$29,231.90**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **KENNETH BRYAN GALLIA**  Case No. ___07-20018-C-13___
      **CAROL KAY GALLIA**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **VERIZON** | | | **NATIONAL FINANCIAL GROUP, INC.** **6110 EXECUTIVE BLVD., STE. 100** **ROCKVILLE, MD 20852** | | | | **Notice Only** |
| ACCT #:  **2143930** **West Asset Management** **1000 N Travis St Ste F** **Sherman, TX 75090** | | C | DATE INCURRED:  **06/28/2005** CONSIDERATION: **Collection** REMARKS: | | | | **$151.00** |
| **Representing:** **West Asset Management** | | | **Corpus Christi Medical Center** **P. O. Box 1021** **Louisville, KY 40201** | | | | **Notice Only** |
| ACCT #: **Barbara Jue, U.S. Trustee** **606 N. Carancahua, Ste. 1107** **Corpus Christi, TX 78477** | | | DATE INCURRED: CONSIDERATION: **Required Notification** REMARKS: | | | | |
| ACCT #: **Cindy Boudloche, Trustee** **555 N. Carancahua, Ste. 600** **Corpus Christi, TX 78478** | | | DATE INCURRED: CONSIDERATION: **Required Notification** REMARKS: | | | | |
| | | | | | | | |

Sheet no. ___5___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$151.00** |
|---|---|---|
| **(Use only on last page of the completed Schedule F.)** | **Total >** | **$73,903.90** |
| **(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | | |

Form B6G
(10/05)

In re  **KENNETH BRYAN GALLIA**                              Case No.   __07-20018-C-13__
       **CAROL KAY GALLIA**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.
R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re **KENNETH BRYAN GALLIA**              Case No.   **07-20018-C-13**
      **CAROL KAY GALLIA**                                            (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Official Form 6I (10/06)

In re  **KENNETH BRYAN GALLIA**
       **CAROL KAY GALLIA**

Case No.   **07-20018-C-13**
                    (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| **Married** | Relationship:  Son | Age:  13 | Relationship: | Age: |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Manager | Office Manager |
| Name of Employer | Hlavinka Equipment Co. | Hlavinka Equip. Co. |
| How Long Employed | 7 years | 1 1/2 years |
| Address of Employer | P.O. Box 566 | P.O. Box 566 |
|  | Taft, TX 78390 | Taft, TX 78390 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $5,476.85 | $2,206.64 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$5,476.85** | **$2,206.64** |
| 4.  LESS PAYROLL DEDUCTIONS |  |  |
| a. Payroll taxes (includes social security tax if b. is zero) | $480.80 | $147.66 |
| b. Social Security Tax | $335.66 | $128.17 |
| c. Medicare | $78.51 | $29.96 |
| d. Insurance | $62.21 | $211.06 |
| e. Union dues | $0.00 | $0.00 |
| f. Retirement | $0.00 | $0.00 |
| g. Other (Specify) _____ | $0.00 | $0.00 |
| h. Other (Specify) _____ | $0.00 | $0.00 |
| i. Other (Specify) _____ | $0.00 | $0.00 |
| j. Other (Specify) _____ | $0.00 | $0.00 |
| k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$957.18** | **$516.85** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$4,519.67** | **$1,689.79** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): |  |  |
| a._____ | $0.00 | $0.00 |
| b._____ | $0.00 | $0.00 |
| c._____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$4,519.67** | **$1,689.79** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | **$6,209.46** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

Official Form 6J (10/06)

IN RE:  **KENNETH BRYAN GALLIA**                              CASE NO    **07-20018-C-13**
        **CAROL KAY GALLIA**

                                                                CHAPTER     **13**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,001.66 |
|    a. Are real estate taxes included?  ☑ Yes   ☐ No | |
|    b. Is property insurance included?  ☑ Yes   ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $390.00 |
|             b. Water and sewer | $124.00 |
|             c. Telephone | $60.00 |
|             d. Other:   CABLE INTERNET | $147.00 |
| 3. Home maintenance (repairs and upkeep) | $86.00 |
| 4. Food | $754.00 |
| 5. Clothing | $278.00 |
| 6. Laundry and dry cleaning | $75.00 |
| 7. Medical and dental expenses | $654.00 |
| 8. Transportation (not including car payments) | $425.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $95.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | $128.00 |
|          c. Health | |
|          d. Auto | $202.00 |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto:    AUTO PAYMENT | $499.24 |
|          b. Other:  BRACES PAYMENT | $212.00 |
|          c. Other:  PERSONAL CARE | $84.00 |
|          d. Other:  STUDENT LOAN DAUGHTER | $92.31 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other:  See attached personal expenses | $255.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$5,562.21** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **SON HAS ONGOING HEALTH PROBLEMS; HOUSE NEEDS NEW A/C AND REPAIRS; MEDICAL IS UNPREDICTABLE.**

| 20. STATEMENT OF MONTHLY NET INCOME | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $6,209.46 |
| b. Average monthly expenses from Line 18 above | $5,562.21 |
| c. Monthly net income (a. minus b.) | $647.25 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **KENNETH BRYAN GALLIA**                    CASE NO   **07-20018-C-13**
**CAROL KAY GALLIA**

CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---|
| SON'S 4H CLUB | $20.00 |
| PETS VET AND BOARDING | $30.00 |
| CELL PHONE | $205.00 |
| Total > | $255.00 |

Official Form 6 - Declaration (10/06)

In re  **KENNETH BRYAN GALLIA**                          Case No.   **07-20018-C-13**
     **CAROL KAY GALLIA**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of       **27**

sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                             (Total shown on summary page as attached plus 2.)


Date  **02/06/2007**                          Signature   **/s/ KENNETH BRYAN GALLIA**
                                                **KENNETH BRYAN GALLIA**


Date  **02/06/2007**                          Signature   **/s/ CAROL KAY GALLIA**
                                                  **CAROL KAY GALLIA**

                                          [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

Official Form 7
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

In re:  **KENNETH BRYAN GALLIA**                         Case No.  __07-20018-C-13__
        **CAROL KAY GALLIA**                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $73,850.80 | 2006 GROSS WAGES DEBTOR |
| $25,928.92 | 2006 GROSS WAGES SPOUSE |
| $75,886.33 | 2005 GROSS WAGES DEBTOR |
| $11,527.76 | 2005 GROSS WAGES SPOUSE |
| $2,204.74 | YTD WAGES SPOUSE (2007) |
| $4,900.00 | YTD WAGES DEBTOR (2007) |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,419.57 | 2006 INCOME FROM REAL ESTATE NOTE |
| $1,892.76 | 2005 INCOME FROM REAL ESTATE NOTE |
| $1,892.76 | 2004 INCOME FROM REAL ESTATE NOTE |

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Household Mortgage Services**<br>Po Box 9068<br>Brandon, FL 33509 | NOVEMBER DECEMBER JANUARY | $3,004.98 | $99,448.00 |
| **CHRYSLER FINANCIAL**<br>P.O. BOX 55000 DEPT. 277001<br>DETROIT, MI 48255-2770 | SEPTEMBER, OCTOBER 2006 | $854.38 | $0.00 |

Official Form 7 - Cont.
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

In re:   **KENNETH BRYAN GALLIA**                    Case No.   __07-20018-C-13__
**CAROL KAY GALLIA**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **SPRINT WIRELESS** | **OCTOBER,** | **$834.02** | **$195.00** |
| **P.O. BOX 660092** | **NOVEMBER,** | | |
| **DALLAS, TX 75266-0092** | **DECEMBER** | | |
| | **2006** | | |

None
☑ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **JOSIE LEWIS**<br>**2204 E. POLK AVENUE**<br>**MISSION, TX 78574 (MOTHER)** | **10TH OF EACH MONTH** | **$1,332.00** | **$6,000.99** |
| **RAY MENDOZA**<br>**2721 SPRINGDALE DRIVE**<br>**ROCKFORD, IL 61114 (FRIEND)** | **15TH OF EACH MONTH** | **$2,160.84** | **$878.36** |
| **ROBERT C. SMITH**<br>**P.O. BOX 721049**<br>**MCALLEN, TX 78504** | **15TH OF EACH MONTH** | **$1,050.00** | **$5,880.45** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CAUSE NO. D-1-GN-06-2710; ROUTH INVESTMENTS, INC. VS. KENNETH GALLIA, INDIVIDUALLY AND D/B/A LET'S PARTY AND CAROL K. GALLIA, INDIVIDUALLY AND D/B/A LET'S PARTY;** | **BREACH OF LEASE** | **98TH JUDICIAL DISTRICT; TRAVIS COUNTY, TEXAS** | **STAYED** |
| **CAUSE NO. S-05-1460-TX; GREGORY-PORTLAND ISD, SAN PATRICIO COUNTY AND CITY OF PORTLAND VS. CAROL GALLIA ET AL** | **TAX SUIT** | **36TH JUDICIAL DISTRICT; SAN PATRICIO COUNTY, TEXAS** | **JUDGMENT 11/06** |
| **CAUSE NO. 06-61474-4; ASCAN, INC. VS. CAROL GALLIE D/B/A LET'S PARTY;** | **SUIT ON ACCOUNT** | **COUNTY COURT AT LAW NO. 4; NUECES COUNTY, TEXAS** | **PENDING** |

Official Form 7 - Cont.
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

In re:  **KENNETH BRYAN GALLIA**
   **CAROL KAY GALLIA**

Case No.  **07-20018-C-13**
        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☑   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

**10. Other transfers**

None ☑   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

Official Form 7 - Cont.
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

In re:   **KENNETH BRYAN GALLIA**                                    Case No.   **07-20018-C-13**
              **CAROL KAY GALLIA**                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None ☑ **11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ **12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐ **14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **James Gallia (son)**<br>**1504 Crestview Drive**<br>**Portland, TX 78374** | **Big Bear 350 ATV -**<br>**$1,800.00**<br>**410 Shotfun $100.00**<br>**223 Rifle $250.00**<br>**Inherited Bedroom Set**<br>**Antique $1,500.00** | **Debtor's residence** |
| **Shirley Lance**<br>**3520 FM 467**<br>**Sequin, TX 78155** | **31' Legacy 5th Wheel**<br>**Trailer 1990**<br>**valued at $3,500.00** | **418 Kirkpatrick**<br>**Taft, TX 78389**<br>**(Hlavinka Equipment Co.**<br>**Yard)** |

---

None ☑ **15. Prior address of debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None ☑ **16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

Official Form 7 - Cont.
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

In re:   **KENNETH BRYAN GALLIA**                    Case No.   __07-20018-C-13__
         **CAROL KAY GALLIA**                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☐  a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOC. SEC. NO. / COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **CAROL GALLIA DBA LET'S PARTY 1504 CRESTVIEW DRIVE PORTLAND, TX 78374 ID 87-0697734** | **RETAIL STORE - PARTY SUPPLIES** | **JUNE 2003 TO AUGUST 13, 2005** |

---

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

Official Form 7 - Cont.
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

In re:   **KENNETH BRYAN GALLIA**                                     Case No.   **07-20018-C-13**
         **CAROL KAY GALLIA**                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None
☒   a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☒   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                                              **ADDRESS**
**SPOUSE**

---

None
☒   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

**20. Inventories**

None
☒   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☒   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☒   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None
☒   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Official Form 7 - Cont.
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

In re:   **KENNETH BRYAN GALLIA**
         **CAROL KAY GALLIA**

Case No.   **07-20018-C-13**
                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Official Form 7 - Cont.
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

In re:  **KENNETH BRYAN GALLIA**
        **CAROL KAY GALLIA**

Case No.  __**07-20018-C-13**__
                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**02/06/2007**__          Signature ____  **/s/ KENNETH BRYAN GALLIA**
                                 of Debtor          ***KENNETH BRYAN GALLIA***

Date  __**02/06/2007**__          Signature ____  **/s/ CAROL KAY GALLIA**
                                 of Joint Debtor  ***CAROL KAY GALLIA***
                                 (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

IN RE: **KENNETH BRYAN GALLIA**              CASE NO   **07-20018-C-13**
       **CAROL KAY GALLIA**

                                             CHAPTER   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Fixed Fee: | **$3,085.00** |
| Prior to the filing of this statement I have received: | | **$0.00** |
| Balance Due: | | **$3,085.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor         ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


      **02/06/2007**             **/s/ Lisa Nichols**
          *Date*               *Lisa Nichols*               Bar No.  14929950
                                 Lisa Nichols, Attorney At Law
                                 410 S.P.I.D., Ste. 200
                                 Corpus Christi, TX 78405
                                 Phone: (361) 299-6100 / Fax: (361) 299-6102

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **KENNETH BRYAN GALLIA**                                      CASE NO    **07-20018-C-13**
         **CAROL KAY GALLIA**

                                                                       CHAPTER    **13**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   02/06/2007                                Signature   **/s/ KENNETH BRYAN GALLIA**
_____                                      _____
                                                             *KENNETH BRYAN GALLIA*


Date   02/06/2007                                Signature   **/s/ CAROL KAY GALLIA**
_____                                      _____
                                                             *CAROL KAY GALLIA*

```
AMSCAN, INC.
15-028231
80 GRASSLANDS RD.
ELMSFORD, NY 10523


AT&T YELLOW PAGES.COM
16748003
P.O. BOX 650098
DALLAS, TX 75265-0098


ATWELL, CURTIS & BROOKS, LTD
28231 LET'S PARTY 04120103-3
P.O. BOX 363
CARLE PLACE, NY 11514-0363


Barbara C. Jue




Barbara Jue, U.S. Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78477


BAY AREA ANESTHESIA ASSOCIATES
20633
4444 CORONA, NO. 232
CORPUS CHRISTI, TX 78411


C2C RESIYRCESM KKC
CAROL GALLIA LET'S PARTY
56 PERIMETER CENTER
ATLANTA, GA 30346


Capital One Auto Finance
6206216961746100l
3901 Dallas Pkwy
Plano, TX 75093


CAROL KAY GALLIA
1504 CRESTVIEW DR.
PORTLAND, TX 78374
```

Cindy Boudloche, Trustee
555 N. Carancahua # 600
Corpus Christi, TX 78478


Cindy Boudloche, Trustee
555 N. Carancahua, Ste. 600
Corpus Christi, TX 78478


Corpus Christi Medical Center
xxx-xx-8717
P. O. Box 1021
Louisville, KY 40201


Cross Country Bank
422709371761
800 Delaware Ave
Wilmington, DE 19801


DRISCOLL CHILDREN'S HOSPITAL
2166898/2186728/
P.O. BOX 926
SAN ANTONIO, TX 78294-0926


DRISCOLL CHILDREN'S HOSPITAL
1572013/1742379/1875044/2014367
P.O. BOX 926
SAN ANTONIO, TX 78294-0926


DRISCOLL CHILDREN'S HOSPITAL
2015175/2051811/2068402
P.O. BOX 926
SAN ANTONIO, TX 78294-0926


Financial Control Services
264667/00441015
P. O. Box 21626
Waco, TX  76702-1626


FIRST VICTORIA NATIONAL BANK
310020700
1206 JOHN STOCKBAUER DRIVE
VICTORIA, TX 77901

```
FIVE POINT POWER
3-101990
3321 PREMIER, STE. C
PLANO, TX 75023


Histopath Inc.
706002321
P. O. Box 3758
Corpus Christi, TX 78463-3758


Household Mortgage Services
8413593
Po Box 9068
Brandon, FL 33509


JOSIE LEWIS
GALIA
2204 E. POLK AVENUE
MISSION, TX 78574


KENNETH BRYAN GALLIA
1504 CRESTVIEW DR.
PORTLAND, TX 78374



KRAMER FOX
LET'S PARTY
P.O. BOX 151752
AUSTIN, TX 78715


LINEBARGER, GOGGAN, BLAIR ET AL
500 N. SHORELINE BLVD., STE. 1111
CORPUS CHRISTI, TX 78471-1028



Lisa Nichols, Attorney At Law
10637 Leopard
Corpus Christi, TX 78410



McCARTHY, BURGESS & WOLFF
30747715/16748003
26000 CANNON ROAD
CLEVELAND, OH 44146
```

NATIONAL FINANCIAL GROUP, INC.
2658A608/3617771077030703
6110 EXECUTIVE BLVD., STE. 100
ROCKVILLE, MD 20852


Park Dansan Collections
102168937
113 W 3rd Ave
Gastonia, NC 28052


RICHARDSON ADVERTISING
11943
1006 N. MALLARD
PALESTINE, TX 75801


RMS
664B193PACP20050207
300 ARBORETUM PLACE
RICHMOND, VA 23261-6446


ROUTH INVESTMENTS
CAUSE NO. D-1-GN-06-2710
C/O ERIK E. CARY, ATTORNEY
1411 WEST AVENUE, STE. 100
AUSTIN, TX 78701


S.T.P.C.A.
1649
P.O. BOX 6636
CORPUS CHRISTI, TX 78466-6636


SAN PATRICIO COUNTY APPRAISAL DISTRICT
P67802 1014 HWY 181
P.O. BOX 938
SINTON, TX 78387-0938


Sarma Coll
1052090150
1801 Broadway
San Antonio, TX 78215


SBC YELLOW PAGES
3000385264
P.O. BOX 630052
DALLAS, TX 75263-0052

SCHOLASTIC BOOKS
216825343; 230415721; 176233328; 2353452
P.O. BOX 6024
JEFFERSON CITY, MD 65102-6024


SPECIALIZED COLLECTION SYSTEMS, INC.
21829987.1
P.O. BOX 441508
HOUSTON, TX 77244-1508


SPECIALTY ANNUAL
2931 EAST McCARTY STREET
JEFFERSON CITY, MO 65101


ST. PAUL. TRAVELERS INSURANCE
9272J5109
P.O. BOX 1515
SPOKANE, WA 99210-1515


SURGICAL ASSOCIATES
82598
601 TEXAS ATRAIL, STE. 207
CORPUS CHRISTI, TX 78411


TROY B. WILLIAMSON, II
ATTORNEY AT LAW
615 N. UPPER BROADWAY, STE. 1605
CORPUS CHRISTI, TX 78477


Us Dept Of Education
4668087171
501 Bleecker St
Utica, NY 13501


VERIZON
105467281660977403
P.O. BOX 920041
DALLAS, TX 75392-0041


West Asset Management
2143930
1000 N Travis St Ste F
Sherman, TX 75090

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **KENNETH BRYAN GALLIA**                                CASE NO   **07-20018-C-13**
            **CAROL KAY GALLIA**

                                                                CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**                                                      Scheme Selected: **Federal**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| N/A | Real Property. | $114,900.00 | $99,448.00 | $15,452.00 | $15,452.00 | $0.00 |
| 1. | Cash on hand. | $150.00 | $0.00 | $150.00 | $150.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $4,351.34 | $0.00 | $4,351.34 | $4,351.34 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $4,030.00 | $0.00 | $4,030.00 | $4,030.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $150.00 | $0.00 | $150.00 | $150.00 | $0.00 |
| 6. | Wearing apparel. | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 7. | Furs and jewelry. | $690.00 | $0.00 | $690.00 | $690.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $300.00 | $0.00 | $300.00 | $300.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $5,000.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2007, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:  **KENNETH BRYAN GALLIA**
        **CAROL KAY GALLIA**

CASE NO   **07-20018-C-13**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------| -------------------|-----------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $19,000.00 | $25,078.00 | $0.00 | $0.00 | $0.00 |
| 26. | Boats, motors and accessories. | $3,500.00 | $17,658.45 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $250.00 | $0.00 | $250.00 | $250.00 | $0.00 |
| | **TOTALS:** | **$153,021.34** | **$142,184.45** | **$31,073.34** | **$31,073.34** | **$0.00** |

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2007, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

IN RE: **KENNETH BRYAN GALLIA**
**CAROL KAY GALLIA**

CASE NO   **07-20018-C-13**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**
(None)

| | | | | |
|---|---|---|---|---|
| **TOTALS:** | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$153,021.34** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$153,021.34** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$142,184.45** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$142,184.45** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$31,073.34** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity (C-F) | **$31,073.34** |
| J.  Total Exemptions Claimed           (Wild Card Used: $10,351.34, Available: $10,098.66) | **$31,073.34** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

*Copyright 1996-2007, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

Official Form 6 - Summary (10/06)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **KENNETH BRYAN GALLIA**                    CASE NO   **07-20018-C-13**
         **CAROL KAY GALLIA**

                                                     CHAPTER   **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $114,900.00 | | |
| B - Personal Property | Yes | 6 | $38,121.34 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $145,894.44 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $3,085.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $73,903.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $6,209.46 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $5,562.21 |
| TOTAL | | 25 | $153,021.34 | $222,883.34 | |

Official Form 6 - Statistical Summary (10/06)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

IN RE: **KENNETH BRYAN GALLIA**
**CAROL KAY GALLIA**

CASE NO   **07-20018-C-13**

CHAPTER   **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $0.00 |
| Student Loan Obligations (from Schedule F) | $10,678.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$10,678.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$6,209.46** |
| Average Expenses (from Schedule J, Line 18) | **$5,562.21** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$7,502.99** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $20,236.45 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $3,085.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $73,903.90 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $94,140.35 |