Official Form 6J (10/06)

| | | | |
|---|---|---|---|
| IN RE: | **KENNETH BRYAN GALLIA** | CASE NO | **07-20018-C-13** |
| | **CAROL KAY GALLIA** | | |
| | | CHAPTER | **13** |

*AMENDED 4/9/2007*

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,001.66 |
|    a. Are real estate taxes included?  ☑ Yes   ☐ No | |
|    b. Is property insurance included?  ☑ Yes   ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $390.00 |
|             b. Water and sewer | $124.00 |
|             c. Telephone | $60.00 |
|             d. Other:  CABLE INTERNET | $147.00 |
| 3. Home maintenance (repairs and upkeep) | $86.00 |
| 4. Food | $754.00 |
| 5. Clothing | $278.00 |
| 6. Laundry and dry cleaning | $75.00 |
| 7. Medical and dental expenses | $951.00 |
| 8. Transportation (not including car payments) | $425.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $95.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|       a. Homeowner's or renter's | |
|       b. Life | $128.00 |
|       c. Health | |
|       d. Auto | $202.00 |
|       e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|       a. Auto:   AUTO PAYMENT | $499.24 |
|       b. Other: BRACES PAYMENT | $212.00 |
|       c. Other: PERSONAL CARE | $84.00 |
|       d. Other: STUDENT LOAN DAUGHTER | $92.31 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $255.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$5,859.21** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **SON HAS ONGOING HEALTH PROBLEMS; HOUSE NEEDS NEW A/C AND REPAIRS; MEDICAL IS UNPREDICTIBLE.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $6,209.46 |
| b. Average monthly expenses from Line 18 above | $5,859.21 |
| c. Monthly net income (a. minus b.) | $350.25 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE: **KENNETH BRYAN GALLIA**  CASE NO **07-20018-C-13**
**CAROL KAY GALLIA**

CHAPTER **13**

*AMENDED 4/9/2007*
**EXHIBIT TO SCHEDULE J**

### Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| SON'S 4H CLUB | $20.00 |
| PETS VET AND BOARDING | $30.00 |
| CELL PHONE | $205.00 |
| **Total >** | **$255.00** |

Official Form 6 - Declaration (10/06)

In re **KENNETH BRYAN GALLIA**      Case No. **07-20018-C-13**
    **CAROL KAY GALLIA**

*AMENDED 4/9/2007*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **4**
(Total shown on summary page as attached plus 2.)
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **04/09/2007**      Signature **/s/ KENNETH BRYAN GALLIA**
    *KENNETH BRYAN GALLIA*

Date **04/09/2007**      Signature **/s/ CAROL KAY GALLIA**
    *CAROL KAY GALLIA*
[If joint case, both spouses must sign.]

---

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Amended Schedule J was sent this 9th day of March, 2007, to the parties shown below by first class mail, adequate postage prepaid and or via electronic service.

                                                *s/Lisa Nichols*
                                                Lisa Nichols
                                                State Bar No. 14929950
                                                410 SPID, Ste. 200
                                                Corpus Christi, TX 78405
                                                (361) 299-6100
                                                (361) 299-6101

Kenneth & Carol Gallia
1504 Crestview Drive
Portland, TX 78374

Trustee:
Cindy Boudloche
555 N. Carancahua, Ste. 600
Corpus Christi, TX 78478

U.S. Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78476